Brian K. Julian – ISB No. 2360
Chris H. Hansen – ISB No. 3076
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:   (208) 344-5800
Facsimile:   (208) 344-5510
E-Mail:      bjulian@ajhlaw.com
             chansen@ajhlaw.com

Attorneys for Defendants Oneida School District No. 351,
David Risenmay and Terri Sorensen.

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIMOTHY SWOPE and MARLA SWOPE, Individually and on behalf of B.S., <br><br>Plaintiffs, <br><br>vs. <br><br>ONEIDA SCHOOL DISTRICT NO. 351 a county school district; DAVID RISENMAY, in his individual and official capacities; and TERRI SORENSEN, in her individual and official capacities, <br><br>Defendants. | Case No. 4:17-cv-00113-MWB <br><br>AFFIDAVIT OF CHRIS H. HANSEN |

STATE OF IDAHO    )
                 ) ss:
County of Ada    )

CHRIS H. HANSEN, having been first duly sworn upon oath, deposes and says:

1.   That the statements contained herein are made of your Affiant's own personal knowledge and are true and correct to the best of his information.

**AFFIDAVIT OF CHRIS H. HANSEN - 1**

2. That pursuant to paragraph 7 of the Supplemental Trial Management Order dated June 19, 2017, your Affiant has read and reviewed the Article *"Trial by Agreement: How Trial Lawyer's hold the Key to Improving Jury Trials in Civil Cases"* 32 REV. LITIG. 431 (2013) written by Steve D. Susman and Thomas M. Melsheimer.

3. That upon reviewing the various documents and concepts contained in that article, your Affiant is willing to consider and utilize a number of those concepts identified in the Article in this trial with the exception of interim arguments.

4. Due to prior experiences, your Affiant is also opposed to juror's asking questions. Further questions by jurors may pose problems with regards to scheduling and be inconsistent with strict trial timelines. However, your Affiant acknowledges that ¶ VII of the Supplemental Trial Management Order provides for such juror questions and will proceed accordingly.

5. Your affiant is willing to consider utilizing the other topics and concepts identified in the Article. Of course, whether not agreement can be reached regarding these various issues has not yet been determined.

6. As noted previously, a number of the concepts identified in the Article are contained within the Supplemental Trial Management Order.

FURTHER your Affiant saith naught.

_____
Chris H. Hansen

SUBSCRIBED AND SWORN to before me this 17th day of July, 2017.

_____
Notary Public for Idaho
Residing at: Boise Idaho
My Commission Expires: 9·9·17

**AFFIDAVIT OF CHRIS H. HANSEN - 2**

CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this ___17th___ day of July, 2017, I served a true and correct copy of the foregoing **AFFIDAVIT OF CHRIS H. HANSEN** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | | |
|---|---|---|
| Brad H. Bearnson | | |
| Wayne K. Caldwell | [ ] | U.S. Mail, postage prepaid |
| Aaron K. Bergman | [ ] | Hand-Delivered |
| BEARNSON & CALDWELL, LLC | [ ] | Overnight Mail |
| 399 North Main, Suite 270 | [ ] | Facsimile (435-752-6301) |
| Logan, UT 84321 | [ ] | E-mail |
| bbearnson@bearnsonlaw.com | [✓] | ECF |
| wcaldwell@bearnsonlaw.com | | |
| abergman@bearnsonlaw.com | | |

_____
Chris H. Hansen

**AFFIDAVIT OF CHRIS H. HANSEN - 3**