Brad H. Bearnson (I.S.B. 7086)
Wayne K. Caldwell (I.S.B. 8095)
Aaron K. Bergman (I.S.B. 8878)
BEARNSON & CALDWELL, LLC
399 North Main, Suite 270
Logan, Utah 84321
(435)752-6300 – Telephone
(435)752-6301 - Facsimile
Email: bbearnson@bearnsonlaw.com
Email: wcaldwell@bearnsonlaw.com
Email: abergman@bearnsonlaw.com
Please cc emails to: mkissner@bearnsonlaw.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIMOTHY SWOPE and MARLA SWOPE, individually and on behalf of B.S., and DENISE COOMBS, individually and on behalf of O.C.,<br><br>Plaintiffs,<br>vs.<br><br>ONEIDA SCHOOL DISTRICT NO. 351, a county school district; DAVID RISENMAY, in his individual and official capacities; and TERRI SORENSEN, in her individual and official capacities, and KERRY EVANS, in her individual and official capacities,<br><br>Defendants. | Case No. 4:17-cv-00113-BLW<br><br>**STIPULATED MOTION TO CONTINUE 30(b)(6) DEPOSITION AND TAKE ONE ADDITIONAL DEPOSITION** |

Plaintiffs, TIMOTHY SWOPE and MARLA SWOPE, and DENISE COOMBS (Plaintiffs) and Defendants, ONEIDA SCHOOL DISTRICT No. 351, et. al., (Defendants), by and through their respective counsel, hereby stipulate that Plaintiff's 30(b)(6) deposition of Oneida School District could not be completed on May 21, 2018. The district designated a total of five (5) individuals to be deposed, and due to time constraints only four (4) could be deposed.

The fifth individual, Terri Sorensen, has not been deposed. Furthermore, an additional fact witness was identified during the course of the aforementioned 30(b)(6) deposition.

The parties agree and understand the below stipulation would not extend the discovery deadline, June 1, 2018. See Dkt. 44. The parties stipulate as follows:

On or before June 1, 2018,

- The parties may depose Lori McDonald, in accordance with the Court's docket entry, number 44; and

- Plaintiffs may complete Defendant Oneida School District's 30(b)(6) deposition by deposing Terri Sorensen in her 30(b)(6) capacity;

- The parties may depose Carrie Jensen.

Therefore, the parties request that the Court permit the parties, in addition to its prior order (Dkt. 44), to complete the Defendant's 30(b)(6) deposition and depose two (not one) fact witnesses.

DATED this 24th day of May, 2018.

**For Plaintiffs:**   BEARNSON & CALDWELL, LLC.

/s/ Aaron K. Bergman
Brad H. Bearnson
Wayne K. Caldwell
Aaron K. Bergman
*Attorneys for Plaintiffs*

**For Defendants:**   ANDERSON, JULIAN & HULL, LLP.

Chris H. Hansen
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May, 2018 I served a true and correct copy of the foregoing **STIPULATED MOTION TO CONTINUE 30(b)(6) DEPOSITION AND TAKE ONE ADDITIONAL DEPOSITION** via email to the following:

Brian K. Julian
Chris H. Hansen
ANDERSON, JULIAN & HULL LLP
bjulian@ajhlaw.com
chanson@ajhlaw.com
*Attorneys for Defendants*

/s/ Stephen P. Brown
*Paralegal*