Brad H. Bearnson (I.S.B. 7086)
Wayne K. Caldwell (I.S.B. 8095)
Aaron K. Bergman (I.S.B. 8878)
BEARNSON & CALDWELL, LLC
399 North Main, Suite 270
Logan, Utah 84321
(435)752-6300 – Telephone
(435)752-6301 - Facsimile
Email: bbearnson@bearnsonlaw.com
Email: wcaldwell@bearnsonlaw.com
Email: abergman@bearnsonlaw.com
Please cc emails to: sbrown@bearnsonlaw.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIMOTHY SWOPE and MARLA SWOPE, individually and on behalf of B.S., and DENISE COOMBS, individually and on behalf of O.C.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ONEIDA SCHOOL DISTRICT NO. 351, a county school district; DAVID RISENMAY, in his individual and official capacities; and TERRI SORENSEN, in her individual and official capacities,<br><br>　　　　Defendants. | Case No. 4:17-cv-00113-DCN<br><br>**PLAINTIFFS' PRETRIAL DISCLOSURES**<br><br>**(SECOND CORRECTION)** |

　　　　Plaintiffs, TIMOTHY SWOPE, MARLA SWOPE, and DENISE COOMBS individually and on behalf of their children B.S. and O.C., respectively Plaintiffs, by and through their attorneys of record, hereby submit their first corrected pretrial disclosures, as follows:

### **WITNESSES**

　　　　Correction not applicable.

## **EXHIBITS**

Correction 1: Plaintiffs' Exhibit "60" and Exhibit "61" were erroneously duplicative *as produced* to opposing counsel.

Correction 2: Exhibit "60" was erroneously excluded from Plaintiffs' table of proposed exhibits (i.e. numbering skipped from "59" to "61"). It was believed this error was corrected prior to Plaintiffs' pretrial disclosure, but was not.

Correction 3: One email was intended to be placed just after Exhibit "45." Exhibit "45" is also known as deposition exhibit "103." The email, which was thought to have been placed just after Exhibit "45" but erroneously was not, was deposition exhibit "104," which has now been placed sequentially just after Exhibit "45." This also resolves correction number 1.

Correction 4: Plaintiffs correct their exhibit numbering to reflect each exhibit in the thousandth, consistent with the Court's order.

The above corrections are displayed in **bold** on exhibit "A" hereto.

DATED this 23rd day of April, 2019.

                                                                       BEARNSON & CALDWELL

                                                                       /s/ Aaron K. Bergman
                                                                       Brad H. Bearnson
                                                                       Wayne K. Caldwell
                                                                       Aaron K. Bergman
                                                                       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of April, 2019, a true and correct copy of the foregoing **PLAINTIFFS' PRETRIAL DISCLOSURES (SECOND CORRECTION)** was sent via Email to the following:

Brian K. Julian
Chris H. Hansen
ANDERSON, JULIAN & HULL LLP
*Counsel for Defendants*
bjulian@ajhlaw.com
chansen@ajhlaw.com

                                              */s/ Aaron K. Bergman*

# EXHIBIT "A"

## PLAINTIFF'S EXHIBITS

*Swope et. al. v. Oneida School District, No. 351, et. al.*, Case No. 4:17-cv-00113
Judge: David C. Nye

| No. | Description | Location |
|---|---|---|
| 1001 | Elementary School Drawing | ONEIDA000778-779 |
| 1002 | Robert Hannah Email | ONEIDA 000767 |
| 1003 | School Attendance Table | Depo. Ex. 101 |
| 1004 | Statement: Thompson and Skeen | COOMBS000414 |
| 1005 | Statement: Natalie Jensen | COOMBS000413 |
| 1006 | Neuropsychological Assessment | ONEIDA 00443-00450 |
| 1007 | Photo: Stair Climber | ONEIDA 00420 |
| 1008 | Video: Music Room Stairs | SWO002192, WIN_20180202_09_44_44_Pro |
| 1009 | Video: Stairs Up | SWO002192, WIN_20180202_09_28_22_Pro |
| 1010 | Video: Stairs Down | SWO002192, WIN_20180202_09_42_57_Pro |
| 1011 | Parking / Ramp Photo | SWO002182, SWO02180 |
| 1012 | Cafeteria Ramp Photos | SWO002186-2191 |
| 1013 | Oakley Coombs Depo. | 18:14-19 |
| 1014 | Malad Elementary Handbook | SWO002368-2389 |
| 1015 | Oakley Coombs Deposition | 24:4-25:4 |
| 1016 | Hospital Billing Records | COOMBS0237<br>COOMBS0232<br>COOMBS0233<br>COOMBS0234<br>COOMBS0236<br>COOMBS0251<br>COOMBS0239<br>COOMBS0235<br>COOMBS0238<br>COOMBS0249 |
| 1017 | Shriner's Progress Note | COOMBS0073-74 |
| 1018 | Shriner's Hospital Billing | COOMBS0245 |
| 1019 | Movement Analysis | COOMBS0033-38 |
| 1020 | ER: Physician Report Primary Children's | COOMBS0124-128 |
| 1021 | x-ray: Primary Children's | COOMBS0098-99 |
| 1022 | Dr. Stotts – UofU Ortho | COOMBS0079-80 |
| 1023 | Dr. Stotts – UofU Ortho | COOMBS0081 |
| 1024 | Dr. Stotts – UofU Ortho | COOMBS0082 |
| 1025 | Dr. Stotts – Uof Ortho, Lab | COOMBS0083 |

| No. | Description | Location |
|---|---|---|
|  | Referral |  |
| 1026 | UofU Ortho - Lab Results Call | COOMBS0084 |
| 1027 | Dr. Stotts – UofU Ortho, Wound Referral | COOMBS0085 |
| 1028 | Primary Children's – Wound | COOMBS0086-93 |
| 1029 | Movement Analysis | COOMBS0006-10 |
| 1030 | Video: Girl's Restroom Down | SWO002192, WIN_20180202_09_16_58_Pro |
| 1031 | Video: Boy's Restroom Down | SWO002192, WIN_20180202_09_26_09_Pro |
| 1032 | Video: Cafeteria Ramp | SWO002192, WIN_20180202_09_19_23_Pro |
| 1033 | Video: School Office Restroom | SWO002192, WIN_20180202_09_12_44_Pro |
| 1034 | Emails with Pictures: Baylor in Sling | SWO002360-67 |
| 1035 | Videos: Baylor's First Bus Ride | SWO002417, Baylor School Bus (1) Baylor School Bus (2) |
| 1036 | Video: Boy's Restroom Up | SWO002192, WIN_20180202_09_40_29_Pro |
| 1037 | Video: Girl's Restroom Up | SWO002192, WIN_20180202_09_30_33_Pro |
| 1038 | Video: Faculty Restroom Up | SWO002192, WIN_20180202_09_39_27_Pro |
| 1039 | Defs. Resp. to Pls 2d ROGs, Interrogatory No. 1 |  |
| 1040 | Defs. 1st Supp to Pls 2d ROGs Interrogatory No. 8 |  |
| 1041 | Hess Lumber Co. Receipt | ONEIDA 000812 |
| 1042 | Accident Report | ONEIDA0006 |
| 1043 | Defs. Resp. to Pls 2d ROGs, Interrogatory No. 3 |  |
| 1044 | Def's. Resp. to Pls.' 2d Rogs, No. 2. | ONEIDA 000772 |
| 1045 | Robert Hannah Email | ONEIDA 000766 |
| 1046 | **Robert Hannah Email** | **ONEIDA 000765** |
| 1047 | Facilitated IEP Dec. 8, 2015 |  |
| 1048 | Hrg. Tr. Vol. II, 376:3-19, |  |
| 1049 | Meeting Minutes | SWO002416 |
| 1050 | RFA Responses |  |
| 1051 | Safety Plan | ONEIDA SCHOOL DISTRICT 00106-107 |
| 1052 | IHW Letter | SWO002265-67; SWO002201-2262 |
| 1053 | IHW Letter | SWO002268 |
| 1054 | IHW Letter | SWO002352 |
| 1055 | Jill Ward Emails | SWO002355-2356 |
| 1056 | Picture of Baylor | SWO0650 |
| 1057 | Parking Photo | SWO002418 |
| 1058 | Hospital Bills | SWO0371 (9.8.14) SWO0372-380 |
| 1059 | Emily Tyler Letter | SWO0283 |

| No. | Description | Location |
|---|---|---|
| 1060 | Marla Swope Email | OSD0642 |
| 1061 | Marla Swope Email | OSD0638-40 |
| 1062 | Marla Swope Email | OSD0118-120 |
| 1063 | Terri Sorensen Email | SWO0327-28 |
| 1064 | Marla Swope Email | OSD0126-27 |
| 1065 | Dr. Moore Email | SWO002395 |
| 1066 | Oneida County Hospital | SWO0383-388 |
| 1067 | Shriner's Hospital | SWO0390-393 |
| 1068 | Shriner's Hospital | SWO0395-397 |
| 1069 | Psychological Report and Evaluation | SWO002103-2108 |
| 1070 | Jennifer Putnam Letter | SWO002091-2092 |
| 1071 | Wage Calculations | |
| 1072 | Deposition Exhibit 87 | |
| 1073 | Deposition Exhibit 60 | |
| 1074 | Oneida Family Services | SWO001701 |
| 1075 | Oneida Family Services | SWO001702 |
| 1076 | Stipulation and Order from DP Hearing | |
| 1077 | Emails to Moore | SWO002360-2367 |
| 1078 | Job Advertisement | SWO002353 |
| 1079 | School District Minutes | SWO002354 |
| 1080 | Shriner's Hospital | |
| 1081 | Due Process Complaint | |