<u>JURY TRIAL</u> - Day 3

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: David C Nye  Deputy Clerk: Pamela Fulwyler
Case No: 17-113-E-DCN  Reporter: Katherine Eismann
Date: May 01, 2019  Time: 4 hrs 50 mins
Place: Pocatello, ID

<u>Swope et al</u>  <u>Aaron Bergman / Wayne Caldwell</u>
   Plaintiff  Attorney for Plaintiff
vs.

<u>Oneida School District #351</u>  <u>Chris Hansen / Anne Magnelli</u>
   Defendant  Attorney for Defendant

(X) Outside the presence of the jury at 8:05 am - Discussion concerning taking witness John Christensen out of order and the defendant has no objection.
(X) Jury and Parties present in courtroom 8:35 am

<u>WITNESSES:</u>
Plaintiff's witnesses:
John Christensen
Continued Denise Coombs
Carrie Ann Jensen
Brook Williams
Lori McDonald

Deposition of Brook Williams published

<u>EXHIBITS Admitted:</u>
Plaintiffs' Exhibits admitted into evidence:
1012, 1025, 1032, 1016 redacted and modified, 1030 with limited instruction to the jury, 1043

Defendants' Exhibits admitted into evidence:
2701, 2552, 2554

Outside the jury 10:05 am - Discussion concerning the police report pertaining to the bathroom incident.
Court took a recess - 10:15 am
Outside the jury 10:35 am - Parties cautioned about mentioning the police report.
Jurors and all Parties present in courtroom - 10:45 am

Court took a recess at 11:50 pm
Outside the jury 12:38 pm - briefly addressed final jury instructions.
Jurors and all Parties present in courtroom - 12:40 pm

Jury admonished for the evening and the Court recessed at 2:30 pm
Trial to resume May 02, 2019 at 8:30 am.  Attorneys to be present at 8:00 am.


**ALL** Exhibits Admitted so far:
Plaintiffs' Exhibits admitted into evidence:
1001, 1002, 1003, 1004, 1045, 1008, 1009, 1007, 1046, 1044, 1038, 1020, 1022, 1023, 1024, 1028, 1011, 1012, 1025, 1032, 1016 redacted and modified, 1030 with limited instruction to the jury, 1043

Defendants' Exhibits admitted into evidence:
2503, 2701, 2552, 2554