UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIMOTHY SWOPE and MARLA SWOPE, individually and on behalf of B.S., and DENISE COOMBS, individually and on behalf of O.C., <br><br> Plaintiffs, <br><br> v. <br><br> ONEIDA SCHOOL DISTRICT NO. 351, a county school district; DAVID RISENMAY, in his individual and official capacities; TERRI SORENSEN, in her individual and official capacities, and KERRY EVANS, in her individual and official capacities, <br><br> Defendants. | Case No. 4:17-cv-00113-DCN <br><br> **ORDER** |

## I. INTRODUCTION

Pending before the Court is Plaintiffs' Motion for Sanctions (Dkt. 149) and Motion for the Court to File Redacted Versions of the Special Verdict Form and Judgment (Dkt. 166). Defendants oppose both motions.

In the midst of trial, the parties presented argument before the Court regarding the Motion for Sanctions outside the presence of the jury. This argument was primarily focused on whether Plaintiffs could use a Facilities Condition Evaluation that the Plaintiffs' ADA expert discovered on the District's website. The Court partially ruled on this motion by determining how the evaluation could be used at trial.

However, the Court deferred ruling on whether Plaintiffs' other requested sanction (attorney fees and costs incurred in bringing the motion for sanctions) was warranted.

ORDER - 1

Having fully considered the motion, the Court now finds that the Defendants' conduct related to this motion does not warrant such a sanction, and DENIES Plaintiffs' Motion (Dkt. 149) in that regard.[1]

As for the Motion for the Court to File Redacted Versions of the Special Verdict Form and Judgment, the Court declines to do so absent a stipulation signed by both sides. If such a stipulation is not provided, the Court will not file a redacted version of those items at this time. However, even without such a stipulation, the Court would entertain a similar motion following the resolution of any post-trial motions brought by the parties in this matter (or, if the parties do not file such motions, after the time in which such motions may be brought has expired).

## V. ORDER

1. Plaintiffs' Motion for Sanctions (Dkt. 149) is DENIED.

2. Plaintiffs' Motion for the Court to File Redacted Versions of the Special Verdict Form and Judgment (Dkt. 166) is DENIED WITHOUT PREJUDICE.

DATED: May 16, 2019

David C. Nye
Chief U.S. District Court Judge

---

[1] Although the Court declines to award these attorney fees and costs as a sanction, this ruling does not foreclose Plaintiffs from seeking the attorney fees and costs incurred bringing the motion for sanctions in any motion for costs and fees requested as the prevailing party.