Brad H. Bearnson (I.S.B. 7086)
Wayne K. Caldwell (I.S.B. 8095)
Aaron K. Bergman (I.S.B. 8878)
BEARNSON & CALDWELL, LLC
399 North Main, Suite 270
Logan, Utah 84321
(435)752-6300 – Telephone
(435)752-6301 - Facsimile
Email: bbearnson@bearnsonlaw.com
Email: wcaldwell@bearnsonlaw.com
Email: abergman@bearnsonlaw.com
Please cc emails to: sbrown@bearnsonlaw.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIMOTHY SWOPE and MARLA SWOPE, individually and on behalf of B.S., and DENISE COOMBS, individually and on behalf of O.C., <br><br> Plaintiffs, <br><br> vs. <br><br> ONEIDA SCHOOL DISTRICT NO. 351, a county school district; DAVID RISENMAY, in his individual and official capacities; and TERRI SORENSEN, in her individual and official capacities, <br><br> Defendants. | Case No. 4:17-cv-00113-DCN <br><br> **PLAINTIFFS' RENEWED MOTION TO UNSEAL JUDGMENT** |

COME NOW Plaintiffs, TIMOTHY SWOPE and MARLA SWOPE, individually and on behalf of their son B.S., and DENISE COOMBS, individually and on behalf of her daughter O.C., by and through legal counsel Aaron K. Bergman and BEARNSON & CALDWELL, LLC, and pursuant to Rule 62 of the Federal Rules of Civil Procedure hereby request that the Court

unseal that Judgment, dkt. 165, that the same may be made a lien upon the debtor's real property. See 28 U.S.C. § 3201.

## ARGUMENT

Under Rule 62 of the Federal Rules of Civil Procedure, a judgment and proceedings to enforce that judgment are stayed for thirty (30) days after the court's entry of the judgment. See Fed. R. Civ. P. 62(a). Under 28 U.S.C. § 3202, "[a] judgment may be enforced by any of the remedies set forth in this subchapter [C. Postjudgment Remedies]." Such includes, without limitation, the creation of a lien. See 28 U.S.C. § 3201; see also 26 U.S.C. 6323(f).

The Court's Judgment was entered more than thirty (30) days ago, and therefore is subject to execution. See Fed. R. Civ. P. 62(a); see also Dkt. 165. The Court has sealed the Judgment. (Id). Plaintiffs wish to enforce their remedies, which include without limitation the execution of said Judgment. See Fed. R. Civ. P. 69. As part of those remedies, Plaintiffs are authorized to utilize that Judgment, which requires the filing of that Judgment with the applicable State court and with the Oneida County Recorder's Office, consistent with 26 U.S.C. 6323(f). Plaintiffs cannot do this, as the Judgment is sealed (*supra*).

Importantly, Plaintiffs' lien on the debtor's real property is subject to 'first-in-time' priority. 28 U.S.C. § 3201(b). Furthermore, the Defendant Oneida School District, No. 351, is responsible to pay for the entirety of the Judgment, even those portions entered against its employees. See I.C. § 6-903.

WHEREFORE, the Court should unseal the entire Judgment that Plaintiffs might take those steps necessary to create a lien upon the debtor's, Oneida School District, No. 351's, real property, forthwith.

DATED this 17th day of June, 2019.

                                         BEARNSON & CALDWELL, LLC

                                         /s/ Aaron K. Bergman
                                         Aaron K. Bergman
                                         *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2019, a true and correct copy of the foregoing **PLAINTIFFS' RENEWED MOTION TO UNSEAL JUDGMENT** was sent via email to the following:

Brian K. Julian
Chris H. Hansen
ANDERSON, JULIAN & HULL LLP
bjulian@ajhlaw.com
chanson@ajhlaw.com

                                         /s/ Aaron K. Bergman