UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIMOTHY SWOPE and MARLA SWOPE, individually and on behalf of B.S., and DENISE COOMBS, individually and on behalf of O.C., <br><br> Plaintiff, <br><br> v. <br><br> ONEIDA SCHOOL DISTRICT NO. 351, a county school district; DAVID RISENMAY, in his individual and official capacities; TERRI SORENSEN, in her individual and official capacities, and KERRY EVANS, in her individual and official capacities, <br><br> Defendants. | Case No. 4:17-cv-00113-DCN <br><br> **AMENDED JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58, and based upon the jury's verdict in this case (Dkt. 164),

IT IS HEREBY ORDERED:

1. That judgment be entered in favor of Plaintiff B.S. and against Defendant Oneida School District No. 351, with damages in the amount of $620,000.00 (Six hundred twenty thousand dollars).

2. That judgment be entered in favor of Plaintiff B.S. and against Defendant Terri Sorensen, with damages in the amount of $30,000.00 (Thirty thousand dollars).

3. That judgment be entered in favor of Plaintiff B.S. and against Defendant David Risenmay, with damages in the amount of $50,000.00 (Fifty thousand dollars).

4. That judgment be entered in favor of Plaintiff O.C. and against Defendant Oneida School District No. 351, with damages in the amount of $500,000.00 (Five hundred thousand dollars).

5. That attorneys' fees are awarded to Plaintiffs B.S. and O.C. in the amount of $269,914.64.

6. That costs are awarded to Plaintiffs B.S. and O.C. in the amount of $26,043.55.

DATED: October 22, 2019

_____
David C. Nye
Chief U.S. District Court Judge

AMENDED JUDGMENT - 2